Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1　CHRISTOPHER D. STRUNK (SBN: 214110)
　　cstrunk@grsm.com
2　BRIKK E. BRALLEY (SBN: 345269)
　　bbralley@grsm.com
3　GORDON REES SCULLY MANSUKHANI LLP
　　633 West Fifth Street, 52nd Floor
4　Los Angeles, CA 90071
　　Telephone: (213) 576-5000
5　Facsimile: (213) 680-4470

6　Attorneys for Defendant
　　COLGATE-PALMOLIVE COMPANY

7

**UNITED STATES DISTRICT COURT**

8

**CENTRAL DISTRICT OF CALIFORNIA**

9

10　**PAULA CORIN**,

11　　　　　　　Plaintiff

12　　vs.

13　**ARKEMA, INC.** f/k/a PENNWALT
　　CORPORATION and ELF ATOCHEM
14　NORTH AMERICA, INC. (sued individually
　　and as successor-by-merger to WALLACE &
15　TIERNAN d/b/a WTS PHARMACRAFT);
　　**AVENTIS INC.**;
16　**AVON PRODUCTS, INC.**;
　　**BAYER HEALTHCARE LLC**, a
17　subsidiary of BAYER AG;
　　**BIC CORPORATION** (sued individually
18　and for its former subsidiary GUY
　　LAROCHE NORTH AMERICA); **BLOCK
19　DRUG COMPANY, INC.** (sued
　　individually and as successor-in-interest to
20　THE GOLD BOND STERILIZING
　　POWDER COMPANY a/k/a THE GOLD
21　BOND COMPANY);
　　**BRENNTAG SPECIALTIES LLC** f/k/a
22　BRENNTAG SPECIALTIES, INC. f/k/a
　　MINERAL PIGMENT SOLUTIONS, INC.
23　(sued individually and as successor-in-
　　interest to WHITTAKER CLARK &
24　DANIELS, INC.);
　　**BROADVIEW INVESTMENTS, LLC**;
25　**CHANEL, INC.**;
　　**CHARLES B. CHRYSTAL COMPANY,
26　INC.**; CHATTEM, INC., a subsidiary of
　　SANOFI-AVENTIS U.S. LLC (sued
27　individually and as successor-in-interest to
　　BLOCK DRUG CORPORATION and
28　THE GOLD BOND STERILIZING

Case No.

(Removed from Los Angeles
Superior Court, Case No. 23
STCV26571)

**COLGATE-PALMOLIVE
COMPANY'S NOTICE OF
REMOVAL OF ACTION
PURSUANT TO 28 U.S.C.
SECTIONS 1441(a) & (b)(2)
AND 1446(a) AND NOTICE OF
REMOVAL OF COLGATE-
PALMOLIVE COMPANY;
EXHIBITS 1-4**

**EXHIBIT 1**

1

# EXHIBIT 1

EXHIBIT 1

## Possible People Information

### Person Overview

**PAULA CORIN**

2236 COVE DR

OAK HARBOR, WA 98277-8608 | ISLAND County

**Phone Number(s):**

425-776-6100

425-361-7804

206-963-3706

**SSN:**

573-08-XXXX - issued in CA in 1971-1972

**DOB:**

09/XX/1955 (Age: 68)

**Entity ID:**

P312196047



### Date of Birth Summary

| Date of Birth | Source |
|---|---|
| 09/XX/1955 (Age: 68) | Address Historical #1    Address Historical #2    Address Historical #3    People Find    People Household #1    People Household #2 |

### SSN Summary

| SSN | Source |
|---|---|
| 573-08-XXXX - issued in CA in 1971-1972 | |

### Name Variations

| Name | Source |
|---|---|
| PAULA ALBERTSON AND LORIN AL | Lawsuit |
| CORIN PAULA | People Find |
| PAULA P CORIN | People Find |
| P AL SAMARRIE | People Find |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | | | |
|---|---|---|---|
| PAULA AL SAMARRIE | Address Historical #1 | Address Historical #2 | People Find |
| PAULA B CORIN | People Find | | |
| MS PAULA A AL-SAMARRIE | People Household | | |
| PAULA ALSAMARRIE | Address Historical | | |
| PAULA AL-SAMARRIE | Motor Vehicle Service & Warranty Records | | |

**Addresses**

| Address |
|---|
| **2236 COVE DR, OAK HARBOR, WA 98277-8608 | ISLAND County** |

*Reported 05/31/2021 - 12/01/2022*

| | |
|---|---|
| By Phone Records 12/01/2022 - 12/01/2022 | Phone Records #1     Phone Records #2 |
| By People Find 05/31/2021 - 05/31/2021 | People Find #1     People Find #2 |
| By Real Property Deeds | Real Property Deeds |
| By Real Property Tax Assessor | Real Property Tax Assessor |

**18324 HOMEVIEW DR, EDMONDS, WA 98026-5551 | SNOHOMISH County**

*Reported 04/12/2018 - 08/21/2022*

| | |
|---|---|
| By Phone Records 09/13/2018 - 09/13/2018 | Phone Records |
| By People Find 04/12/2018 - 04/12/2018 | People Find |
| By Motor Vehicle Service & Warranty Records | Motor Vehicle Service & Warranty Records |
| By Real Property Deeds | Real Property Deeds #1     Real Property Deeds #2     Real Property Deeds #3     Real Property Deeds #4 |
| By Real Property Tax Assessor | Real Property Tax Assessor |

**PO BOX 2005, OAK HARBOR, WA 98277-6005 | ISLAND County**

*Reported 02/10/2021 - 03/02/2021*

| | |
|---|---|
| By Phone Records 03/02/2021 - 03/02/2021 | Phone Records |
| By People Find 02/10/2021 - 02/10/2021 | People Find |

**3621 SHELBY RD, LYNNWOOD, WA 98087-5525 | SNOHOMISH County**

*Reported 01/01/2012 - 03/31/2020*

| | |
|---|---|
| By Phone Records 08/08/2014 - 03/31/2020 | Phone Records #1     Phone Records #2     Phone Records #3     Phone Records #4     Phone Records #5     Phone Records #6     Phone Records #7 |
| By New Movers 02/23/2013 - 02/23/2013 | New Movers |
| By People Find 02/01/2013 - 02/01/2013 | People Find |
| By People Household 01/01/2012 - 11/30/2012 | People Household |
| By Motor Vehicle Service & Warranty Records | Motor Vehicle Service & Warranty Records #1     Motor Vehicle Service & Warranty Records #2     Motor Vehicle Service & Warranty Records #3 |
| By Real Property Deeds | Real Property Deeds #1     Real Property Deeds #2 |
| By Real Property Tax Assessor | Real Property Tax Assessor |

WESTLAW  Thomson Reuters. No claim to original U.S. Government Works.  3

000013

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

PeopleMap Report (Premier)
PAUL CERNI

Case 2:23-cv-09230-RGK-MRW    Document 1-1    Filed 11/01/23    Page 5 of 6   Page ID
#:15

11/01/2023 11:05:31
Page ID #:0231570d8449f18

**8010 SE 34TH PL, MERCER ISLAND, WA 98040-3561 | KING County**

*Reported 01/01/2001 - 10/31/2015*

By People Household 01/01/2001 - 06/30/2012    People Household

By People Find 09/01/2001 - 09/01/2001    People Find

By Real Property Deeds    Real Property Deeds #1  |  Real Property Deeds #2  |  Real Property Deeds #3

By Real Property Tax Assessor    Real Property Tax Assessor

**LYNNWOOD, WA 98036 | SNOHOMISH County**

*Reported 01/01/2014 - 10/31/2014*

By People Household 01/01/2014 - 10/31/2014    People Household

By Phone Records    Phone Records #1  |  Phone Records #2

**5104 219TH ST SW, MOUNTLAKE TERRACE, WA 98043-3338 | SNOHOMISH County**

*Reported 10/01/2007 - 10/01/2007*

By People Find 10/01/2007 - 10/01/2007    People Find

**1344 CHERTSEY CT, SAN JOSE, CA 95131-2810 | SANTA CLARA County**

*Reported 01/15/2002 - 01/15/2002*

By People Find 01/15/2002 - 01/15/2002    People Find

**600 TOLL HOUSE GULCH RD, FELTON, CA 95018-9600 | SANTA CRUZ County**

*Reported 07/13/2001 - 07/13/2001*

By People Find 07/13/2001 - 07/13/2001    People Find

By Address Historical    Address Historical #1  |  Address Historical #2

**10900 NE 4TH ST STE 2230, BELLEVUE, WA 98004-8314 | KING County**

*Reported N/A*

By Real Property Deeds    Real Property Deeds

**59 N ADDISON ST, INDIANAPOLIS, IN 46222-4133 | MARION County**

*Reported N/A*

By Real Property Deeds    Real Property Deeds

**4006 ACAPULCO DR, CAMPBELL, CA 95008-3804 | SANTA CLARA County**

*Reported N/A*

By Real Property Deeds    Real Property Deeds #1  |  Real Property Deeds #2  |  Real Property Deeds #3

**14757 SANCTUM PL, NEVADA CITY, CA 95959-9527 | NEVADA County**

*Reported N/A*

By Real Property Tax Assessor    Real Property Tax Assessor

**496 LOCKWOOD LN, SCOTTS VALLEY, CA 95066-3918 | SANTA CRUZ County**

*Reported N/A*

By Address Historical    Address Historical

**200 2ND AVE N APT 302, EDMONDS, WA 98020-3159 | SNOHOMISH County**

*Reported N/A*

By Phone Records    Phone Records

WESTLAW Thomson Reuters. No claim to original U.S. Government Works.    4

000014

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 2:23-cv-09230-RGK-MRW    Document 1-1    Filed 11/01/23    Page 6 of 6    Page ID #:16

| N/AVAIL | |
|---|---|
| *Reported N/A* | |
| By Real Property Deeds | Real Property Deeds |

**Email Addresses**

| Email | Source |
|---|---|
| MYOPINION55@GMAIL.COM | People Email |

**Phone Numbers**

| Phone | Source | | | |
|---|---|---|---|---|
| 425-776-6100 | People Find | Phone Records | | |
| 425-361-7804 | People Find | Phone Records | | |
| 206-963-3706 | Phone Records | | | |
| 425-775-6948 | People Find | Phone Records | | |
| 206-502-7181 | Phone Records | | | |
| 425-954-2334 | People Find | People Household #1 | People Household #2 | Phone Records #1 | Phone Records #2 |
| 206-963-0775 | Phone Records | | | |
| 206-715-9867 | Phone Records | | | |
| 425-361-7383 | People Find | | | |
| 425-582-2097 | People Find | | | |
| 206-275-3067 | People Find | | | |

# Possible Asset Information

**Real Property Tax Assessor Records**

| Property Address | Assessed Total Value | Tax Year | Confidence Score | View Full Text |
|---|---|---|---|---|
| 18324 HOMEVIEW DR EDMONDS, WA 98026-5551 | $660,600.00 | 2023 | 97% | Full-Text |
| 3621 SHELBY RD LYNNWOOD, WA 98087-5525 | $1,215,800.00 | 2023 | 97% | Full-Text |
| 8010 SE 34TH PL MERCER ISLAND, WA 98040-3561 | $2,018,000.00 | 2023 | 97% | Full-Text |

WESTLAW  Thomson Reuters. No claim to original U.S. Government Works.
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

000015